**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KENNETH TAGGART** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 20-4261** |
| | : | |
| **NEW CENTURY FINANCIAL** | : | |
| **SERVICES, et al.** | : | |

<u>**ORDER**</u>

This 3rd day of May, 2021, for the reasons in the accompanying Memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Fourth Extension of Time to Serve Defendant Stock and Grimes is **DENIED.**

It is further **ORDERED** that Defendant Stock & Grimes LLP is **DISMISSED without prejudice**, and Plaintiff is barred from attempting to join it in this action.

It is further **ORDERED** that Defendant New Century Financial Services' Motion to Dismiss (ECF 23) is **DENIED.** Defendant New Century Financial Services may submit a proposed Case Management Order for the Court's consideration.

<u>/s/ Gerald Austin McHugh</u>
United States District Judge