IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH TAGGART | : |
| | : |
| v. | : CIVIL ACTION NO. 20-4261 |
| | : |
| NEW CENTURY FINANCIAL | : |
| SERVICES, INC., ET AL. | : |

## ORDER

This 13th day of December, 2021, it is hereby **ORDERED** that Plaintiff's Motion for Extraordinary Relief and Extension of Scheduling Deadlines (ECF #37) is **DENIED**.

   /s/ Gerald Austin McHugh
United States District Judge