## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH TAGGART** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-4261** |
| | : | |
| **NEW CENTURY FINANCIAL SERVICES, INC., et al.** | : | |

### ORDER

This 18th day of March, 2022, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant NCF's Motion for Summary Judgment (ECF 38), joined by Defendant PWF (ECF 39), is **GRANTED**. Plaintiff's Motion to Approve Compromise (ECF 48) is **DENIED**. Furthermore, it is **ORDERED** that Defendant NCF's Motion to Strike (ECF 52) is **DENIED** as moot. The Clerk of Court is requested to mark this case closed.

  /s/ Gerald Austin McHugh
United States District Judge