IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH TAGGART | : |
| | : |
| v. | : CIVIL ACTION NO. 20-4261 |
| | : |
| NEW CENTURY FINANCIAL SERVICES, et al. | : |

**ORDER**

This 2nd day of October, 2023, it hereby **ORDERED** that the Clerk shall re-open this case. It is **further ORDERED** that Defendant New Century's Motions for Sanctions and a pre-filing injunction, ECF 57, is **GRANTED** in part and **DENIED** in part. Plaintiff Kenneth Taggart is sanctioned by means of an award of counsel fees payable by him to Defendant New Century Financial Services in the amount of $8,705.00. Defendant's request for a pre-filing injunction is **DENIED**.

The Clerk is further requested to close this case for statistical purposes.

    /s/ Gerald Austin McHugh
United States District Judge